YONKERS LODGE No. 707 BENEVOLENT AND PROTECTIVE ORDER OF ELKS et al., Respondents, v. BOARD OF EDUCATION OF THE CITY OF YONKERS et al., Appellants.—

978

Present — Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ. [179 Misc. 834.]